**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**NOEL GENE LOOSEY**                                                                      **PLAINTIFF**

**v.**                              **Case No. 1:15-cv-00008-KGB-JWC**

**TATE LAWARENCE** *et al.*                                                      **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerry W. Cavaneau (Dkt. No. 4), and the objections filed (Dkt. No. 7).  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.   It is therefore ordered that plaintiff Noel Gene Loosey's claims against defendant Thomas Kendrick are dismissed with prejudice and that Mr. Kendrick's name is removed as a party defendant.

SO ORDERED this the 27th day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE