### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**NOEL GENE LOOSEY**                                                      **PLAINTIFF**

**v.**           **Case No. 1:15-cv-00008-KGB-JWC**

**TATE LAWRENCE** *et al.*                                       **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerry W. Cavaneau (Dkt. No. 16). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Defendants' motion to dismiss is granted (Dkt. No. 9), and the remaining claims in plaintiff Noel Gene Loosey's complaint are dismissed without prejudice (Dkt. No. 2).

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 22nd day of May, 2015.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE