IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NOEL GENE LOOSEY**                                                                                          **PLAINTIFF**

v.                                   Case No. 1:15-cv-00008-KGB-JWC

**TATE LAWRENCE** *et al.*                                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order filed on this date, it is considered, ordered, and adjudged that plaintiff's remaining claims are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

SO ADJDUGED this 22nd day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE